# NO. 12-21-00115-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *CHRISTOPHER CHANCE MCGARY,* <br> *APPELLANT* | § | *APPEAL FROM THE 241ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* <br> *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## *ORDER*

This court issued an opinion on May 18, 2022, in which we held in part that the trial court did not abuse its discretion in failing to hold a hearing on Appellant's motion for new trial because there was no evidence in the record supporting Appellant's representation in a footnote that Appellant, through counsel, timely presented the motion to the trial court. Appellant filed a motion for rehearing and urged this court to abate the appeal and remand the cause to the trial court for an evidentiary hearing to determine the facts surrounding the alleged presentment. *See, e.g.*, ***Butler v. State***, 6 S.W.3d 636, 638 (Tex. App.–Houston [1st Dist.] 1999, pet. ref'd). Having considered Appellant's motion and having reviewed the relevant authority, the Court is of the opinion that this case should be abated and remanded to the trial court for the limited purpose of holding an evidentiary hearing to determine the facts surrounding the alleged presentment.

IT IS THEREFORE ORDERED that this appeal is **abated, reinstated,** and the case is hereby **remanded** to the trial court for the limited purpose of holding an evidentiary hearing to determine the facts surrounding the alleged presentment. *See* TEX. R. APP. P. 19.1.

IT IS FURTHER ORDERED that the trial court shall conduct this evidentiary hearing and make written findings of fact and conclusions of law to be forwarded to this Court along with any evidence presented at the hearing in a supplemental clerk's record and a supplemental

reporter's record not later than twenty days after the date of this order. Should further time be needed by the court, it should be requested by the same deadline.

WITNESS the Honorable James T. Worthen, Chief Justice, Court of Appeals, 12th Court of Appeals District, Tyler, Texas.

GIVEN UNDER MY HAND AND SEAL OF OFFICE at Tyler, Texas this 30th day of June, 2022.

By: _Katrina McClenny_
KATRINA MCCLENNY, CLERK